Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Pennsylvania

_____ Division

Emmanuella Cherisme, MD

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Geisinger Medical Center, Geisinger Health System,
Geisinger Clinic, Geisinger Indemnity, Geisinger Health
Plan, Sumit Bijoy Ghosh, MD; Linda Famiglio, MD; Gary
Stoner, MD

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. 1:26-CV-1507

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✔ Yes  ☐ No

**FILED**
HARRISBURG, PA

JUN 03 2026

PER _____
DEPUTY CLERK

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Emmanuella Cherisme, MD |
| Street Address | 1835 Dawn Lane |
| City and County | Chambersburg, Franklin |
| State and Zip Code | PA 17202 |
| Telephone Number | 610-787-9367 |
| E-mail Address | cherismemd@yahoo.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization. or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

| | |
|---|---|
| Name | Dr. Linda M. Famiglio |
| Job or Title *(if known)* | Chief Academic Officer at Geisinger Medical Center |
| Street Address | 100 N. Academy Ave |
| City and County | Danville, Montour |
| State and Zip Code | PA 17822-4000 |
| Telephone Number | (570) 271-6211 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Sumit Bijoy Ghosh, MD |
| Job or Title *(if known)* | |
| Street Address | 100 N. Academy Ave |
| City and County | Danville, Montour |
| State and Zip Code | PA 17822-4000 |
| Telephone Number | (570) 271-6211 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Gary Stoner, MD |
| Job or Title *(if known)* | |
| Street Address | 100 N. Academy Ave |
| City and County | Danville, Montour |
| State and Zip Code | PA 17822-4000 |
| Telephone Number | (570) 271-6211 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | Geisinger Medical Center, Geisinger Health System, Geisinger Clinic, Geisinger Indemnity, Geisinger Health Plan, |
| Job or Title *(if known)* | |
| Street Address | 100 N. Academy Ave |
| City and County | Danville, Montour |
| State and Zip Code | PA 17822-4000 |
| Telephone Number | (570) 271-6211 |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Geisinger Medical Center, Geisinger Health System, Geisinger Clinic, Geisinger Indemnity, Geisinger Health Plan, |
| Street Address | 100 N. Academy Ave |
| City and County | Danville, Montour |
| State and Zip Code | PA 17822-4000 |
| Telephone Number | (570) 271-6211 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:
Retaliation; Sexual Harassment

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☑ Termination of my employment.

☑ Failure to promote me.

☐ Failure to accommodate my disability.

☑ Unequal terms and conditions of my employment.

☑ Retaliation.

☑ Other acts *(specify)*:    Sexual Harassment

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
July 1999-June 2026

C.    I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race

☑ color

☑ gender/sex

☐ religion

☑ national origin

☑ age *(year of birth)*    1972    *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Discriminatory actions started since day one at Penn State-Geisinger Health System. In fact, another black male OBGYN PGY-1 resident, Virgil, informed me that he has applied for other OBGYN residency programs due to the constant discriminatory actions against us and will leave as soon as possible. He left in less than one year. After the demerger of Penn State and Geisinger Health System, an Egyptian senior OBGYN resident, informed me that she trying graduate while enduring constant discrimination. My townhouse was broken into. I was being followed by Dr. Stoner. I was being sexually harassed by Dr. S. Ghosh in the OR. I informed Dr. Famiglio. Sudden, hostile work environment instilled. See attached.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
March 29, 2024

B.      The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    March 6, 2026    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Dr. Famiglio's cruel and unusual retaliatory actions resulted in revocation of my New York medical license resulting in a domino effect including loss of board certification, DEA, and permanent probationary status of my Pennsylvania medical license when I was in my prime making one million dollars per year in 2010 at 37 years old. My plan for retirement is age 70.    (70-37) = 33 x $1 M = $33 M plus punitive damages due to loss and destruction of my medical career.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          June 1, 2026

Signature of Plaintiff

Printed Name of Plaintiff      Emmanuella Cherisme, MD

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print          Save As...          Add Attachment          Reset