UNITED STATES DISTRICT COURT
Statement of Claim

Discriminatory actions started from day one at Penn State-Geisinger Health System.  In fact, another black male OBGYN PGY-1 resident, Virgil, informed me that he has applied for other OBGYN residency programs due to the constant discriminatory actions against us and will leave as soon as possible.  He left in less than one year.  After the demerger of Penn State and Geisinger Health System, an Egyptian senior OBGYN resident informed me that she was trying to graduate while enduring constant discrimination. My townhouse was broken into. I was being followed by Dr. Stoner.  I was being sexually harassed by Dr. S. Ghosh in the OR.  I informed Dr. Famiglio.  Sudden, hostile work environment instilled.

My townhouse was broken into. Prior to entering my home, I was stopped by my next-door neighbor, who informed me that someone was inside my house, but she was not sure who it was. When I entered the house, I heard someone in the basement. When I went to investigate the basement, someone pushed past me, knocking me over.  As a result, I did not see who it was.  A single mother, colleague, and Pediatric resident informed me that it was Dr. Gary Stoner, the OBGYN Residency Director. I felt that my family and I were unsafe and I could not afford a live-in nanny for my two-year old son.  A few weeks later, I tried to move out of the townhouse because of the break-in. On my way to sign a new lease and pick up keys at a new place, I noticed that I was being followed. I pulled over near the area and saw that it was Dr. Gary Stoner, the Residency Director, who was following me. I decided to keep looking for new housing because she didn't want him knowing where I live. I was being sexually harassed by Dr. Sumit Ghosh, while performing Gynecological surgeries in the main OR. This continued for months.

I informed Dr. Famiglio about my plight being subject to  constant sexual harassment and discrimination. Within weeks of confiding sexual harassment and discriminatory actions against me to Dr. Famiglio, a hostile work environment ensured including being prevented from performing surgical procedures despite excellent evaluations, above average test scores, multiple awards including an externship at Sloan Kettering in New York.  I requested family leave after I was injured by a defective recliner in a call room on labor and delivery resulting in continuous severe chronic pain even until today, June 1, 2026.  While on family leave, I requested to complete my training outside of Geisinger and was given full academic credits, positive evaluations, and a Consultant position.  Despite multiple setbacks of unknown origins over the years, with time, I flourished.  By 2010, I was earning one million dollars per year, board certified, and had multiple leadership positions including as a medical director.

Unbeknownst to me, Dr. Famiglio was retaliating against me since the day I informed her of discriminations and sexual harassment at Geisinger to present as part of her discriminatory actions against me.  Dr. Famiglio is the source of the hostile work environment that developed while I was at Geisinger and the source of all issues in my complaint attached.  And as the root of my training, Dr. Famiglio's actions were not good faith but only as retaliatory.

Dr. Famiglio's cruel and unusual retaliatory actions resulted in revocation of my New York medical license resulting in a domino effect including loss of board certification, DEA, and permanent probationary status of my Pennsylvania medical license.

Respectfully,

Emmanuella Cherisme, MD