

December 21, 2001

Emmanuella Cherisme, M.D.
421 Railroad Street
Danville, PA 17821

Dear Dr. Cherisme:

I am pleased to inform you that at its meeting of December 19, 2001 the Medical Board of Memorial Hospital for Cancer and Allied Diseases, upon the recommendations of the Credentials Committee and the Department Chairman, approved your appointment as Galloway Fellow in the Department/Service of:

> Surgery
> Gynecologic Oncology

Your appointment is for the period:

> 2/1/02 through 2/28/02.

Please notify me in writing of your acceptance of the appointment by returning the enclosed signature form. Your letter should be addressed to me in care of Natalie Lewis-Ross, Residency Coordinator, Graduate Medical Education.

Sincerely yours,

Mary Jane Massie, M.D.
Chairman, Graduate Medical Education Committee

/nlr

GEISINGER MEDICAL CENTER    Dr. Walker
DANVILLE, PA 17822

## CLINICAL RESIDENT EVALUATION FORM

Evaluation Period __July 2001__ to __August 2001__ Date Sent __Sept 5, 2001__

Name __Emmanuella Chérismé, MD__ Level PGY   1  2  ③  4  5  6
(circle)

Service __Gyn__

| | Outstanding | Good | Acceptable | Unsatisfactory | Comment on any items ranked acceptable or unsatisfactory Describe deficiency and/or remedial action suggested. |
|---|---|---|---|---|---|
| Appearance | | ✓ | | | |
| Rapport - Patients | | ✓ | | | |
| Rapport - Staff | ✓ | | | | |
| Initiative - Patient Care | ✓ | | | | |
| Initiative - Reading | | ✓ | ✓ | | |
| Dependability | ✓ | | | | |
| Intellectual Honesty | | ✓ | | | |
| History Taking | | ✓ | | | |
| Phys. Exam. Skills | | ✓ | | | |
| Diagnostic Plans | | ✓ | | | |
| Therapeutic Plans | | ✓ | | | |
| Judgment in Difficult Decisions | | ✓ | | | |
| Knowledge Base | ✓ | ✓ | | | |
| Technical Skills | ✓ | | ✓ | | |
| Medical Records | | ✓ | | | |

General Comments: _Marked improvement from previous rotations and demonstrates/eagerness to learn._

Note any unusual contributions (research, papers, presentations, student teaching, preparation of conferences, etc.)

Do you have any reason to doubt this resident's ability to function as a physician?

☐ YES   ☒ NO

_____     _____     9/5/01
Resident Signature              Staff Signature              Date

#A-550-001-F REV 5/90

49

SECTION II: CERTIFICATION OF POSTGRADUATE TRAINING

INSTRUCTION TO HOSPITAL: Please complete this section, sign certifying statement, and return the form *directly* to the Division of Professional Licensing Services at the address shown below. This form will not be accepted if returned by the applicant.

This is to certify that ___Emmanuella Cherisme, MD___
(Physician's Name)

a graduate of ___Milton S. Hershey Medical Center Pennsylvania State University___
(Medical school)

was enrolled in a postgraduate training program(s) approved by the Accreditation Council on Graduate Medical Education, the American Osteopathic Association, or Royal College of Physicians and Surgeons of Canada at _____

_____

(Name and location of Hospital)

| Level of Training (example PGY-1) | Clinical Area | Inclusive dates (mm/dd/yy) | Successfully completed |
|---|---|---|---|
| PGY 1 | OB/GYN | 7 / 1 / 99 to 6 / 30 / 00 | ☒ YES  ☐ NO  ☐ In progress; satisfactory to date |
| PGY 2 | OB/GYN | 7 / 1 / 00 to 6 / 30 / 01 | ☒ YES  ☐ NO  ☐ In progress; satisfactory to date |
| PGY 3 | OB/GYN | 7 / 1 / 01 to __ / __ / __ | ☐ YES  ☐ NO  ☒ In progress; satisfactory to date |
| | | __ / __ / __ to __ / __ / __ | ☐ YES  ☐ NO  ☐ In progress; satisfactory to date |
| | | __ / __ / __ to __ / __ / __ | ☐ YES  ☐ NO  ☐ In progress; satisfactory to date |

If this physician did not successfully complete the postgraduate training program, please attach a letter of explanation with this form.

☐ Explanation is attached

I am the director of medical education or department chair of the clinical area. I was the program director for the physician named above during the postgraduate training indicated and have carefully read and completed this form and hereby attest that the statements made herein are strictly true in every respect and are supported by hospital records.

Signature of Director/Chair: ___G Stoner MD___

Type or Print Name of Director/Chair: ___GARY STONER MD___

Title or Official position: ___DIRECTOR OB/GYN PROGRAM___

Institution: ___GEISINGER MEDICAL CENTER___          (SEAL)

Address: ___100 NORTH ACADEMY AVE___
___Danville PA 17821___

Telephone: ___(570) 271-___          Date: ___12 / 4 / 01___

E-mail Address: ___gstoner@geisinger.edu___

Return this Form to:   New York State Education Department, Office of the Professions, Division of Professional Licensing Services, Medicine Licensing Unit, Cultural Education Center, Albany, NY 12230

FORM 2PGT, PAGE 2

50

Office of Medical Education
M.C. 13-34
100 North Academy Avenue
Danville, PA 17822
570 271 6114 Tel
570 271 5269 Fax
meded@geisinger.edu



Health System

Heal. Teach. Discover. Serve.

Linda M. Famiglio, MD
Vice President,
Academic Affairs and
Continuing Medical
Education

Tracey W. Wolfe
Director,
Academic Affairs

John B. Bulger, D.O
Director,
Osteopathic Medical
Education

Debora Fasold
Coordinator. Office of
Medical Education

Dorothy Barilla
Specialist,
Licenses and
Credentials

Tracey Lepley
Specialist,
Medical Student
Programs

February 14, 2002

To Whom It May Concern:

This letter confirms that Emmanuella Cherisme-Theophile, M.D., completed the following training while at the Geisinger Medical Center:

Year 1:
4 months Gynecology
4 months Obstetrics
1 month Family Medicine
1 month Internal Medicine
1 month Emergency Medicine
1 month Intensive Care Unit

Year 2:
2 months Gynecology
4 months Obstetrics
2 months Gynecology/Oncology
1 month Family Medicine
1 month Internal Medicine

Year 3:
2 months Gynecology
3 months Reproductive Endocrinology

Dorothy Barilla
Specialist, Licenses and Credentials

# Geisinger Medical Center

Certifies that

## Emmanuella Cherisme-Theophile, M.D.

has served as a

### Resident in Obstetrics/Gynecology
### July 1, 1999 to January 15, 2002

_____
President, Chief Executive Officer

_____
Vice President for Academic Affairs

_____
Senior Vice President, Clinical Operations

_____
Program Director

## Geisinger
Health System

_I hereby certify this to be a true and correct copy of the original document._

# OFFICE OF PROFESSIONAL MEDICAL CONDUCT

## CERTIFICATION

I, ........Linda Famiglio, M.D........................................certify that there are

Complete.

Training History on Emmanuella Cherisme-Theophile, M.D.

(print or type description of documents provided)

For

Emmanuella Cherisme-Theophile, M.D.

Kept on file during the regular course of business and were made at the time of such event as recorded or written.

SIGNED: _____

TITLE: ....Chief Academic Officer................

FACILITY:

(Name,     Geisinger Medical Center
Address,     100 North Academy Avenue
            Danville, PA 17822
Phone #)     570-271-6114 option 0

Date:     February 25, 2016

OPMC #     NY-11-02-0612A/NY-1102-0555A





To:     Linda Famiglio, M.D.
        Senior Vice President
        Medical Education
        PSGMC

From:   Gary Stoner, M.D.
        Residency Program Director
        Division of Ob/Gyn

Date:   June 23, 2000

RE:     *Emmanuella Cherisme, M.D.*


Please be advised that Dr. Emma Cherisme, successfully completed her first year of
residency training in the *Department of Obstetrics & Gynecology*, Penn State Geisinger
Medical Center, from July 1, 1999 through June 30, 2000. During these months, she rotated
through the following services:

|  |  |
|---|---|
| 4 *months* | *Gynecology* |
| 4 *months* | *Obstetrics* |
| 1 *month* | *Family Medicine* |
| 1 *month* | *Internal Medicine* |
| 1 *month* | *Emergency Medicine* |
| 1 *month* | *Intensive Care Unit* |

Thank you.



To:        Linda Famiglio, MD
           Senior Vice President
           Medical Education

From:      Gary Stoner, MD
           Residency Program Director
           Division of Ob/Gyn

Date:      August 7, 2001

**RE:**    ***Emmanuella Cherisme, MD***

Please be advised that Dr. Emmanuella Cherisme, successfully completed her second year of residency training in the Department of Obstetrics & Gynecology, Geisinger Medical Center, from July 1, 2000 through June 30, 2001.  During these months she rotated through the following services:

| | |
|---|---|
| **2 months** | **Gynecology** |
| **4 months** | **Obstetrics** |
| **2 months** | **Gynecology/Oncology** |
| **1 month** | **Family Medicine** |
| **1 month** | **Internal Medicine** |

During this period of time she also completed the following off service rotations:

| | |
|---|---|
| **2 months** | **General Obstetrics/Gynecology** **Dept. Ob/Gyn** **Geisinger Wyoming Valley** |

Thank you.



Department of Obstetrics &
Gynecology
M.C. 29-20
100 North Academy Avenue
Danville, PA 17822
570 271 6296 Tel
570 271 5819 Fax

$\mathcal{L}\mathcal{M}$
2/20/03    Heal. Teach. Discover. Serve.

# MEMO

February 20, 2003

TO:     Linda Famiglio, M.D.
        Senior Vice President
        Medical Education
        GMC

FROM:   Gary Stoner, MD
        Asst. Program Director
        Division of Ob/Gyn

RE:  Emmanuella Cherisme, M.D.

Please be advised that Dr. Emmanuella Cherisme was a third year resident from July 1, 2001 thru December 13, 2001 in the Department of Obstetrics & Gynecology. Dr. Cherisme has been given credit for her rotation through the following services from July 1, 2001 thru December 13, 2001:

*one 5½ mo credit*

| | |
|---|---|
| July | Gynecology |
| August | Gynecology |
| September | Reproductive Endocrinology |
| October | Reproductive Endocrinology |
| November | Obstetrics |
| December | Obstetrics |

Thank you.

3

## GEISINGER MEDICAL CENTER
## DANVILLE, PENNSYLVANIA

## RESIDENT'S PERSONAL RECORD

RESIDENCY PROGRAM:    OBSTETRICS/GYNECOLOGY

RESIDENT'S NAME:    EMMANUELLA CHERISME-THEOPHILE, M.D.

ADDRESS:    200 Laura Drive, Danville, PA  17821

PHONE:    570-271-0836

CHANGE IN ADDRESS:  421 Railroad Street, Danville, PA  17821

PHONE:    570-271-0836

DATE OF BIRTH:  9/23/72    SOCIAL SECURITY NUMBER: 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

MARITAL STATUS: M    SPOUSE'S NAME: Edruige Theophile

CHANGE IN MARITAL STATUS: D    SPOUSE'S NAME:

EDUCATIONAL BACKGROUND:

PRE-MED SCHOOL:  Drew University, Madison, NJ    YEAR: 5/1995

MEDICAL SCHOOL: Pennsylvania State University    YEAR: 5/16/99

LICENSED IN PENNSYLVANIA:

UNRESTRICTED LICENSE NUMBER:    MD417373    DEA NUMBER:

BEGAN SERVICE AT GEISINGER –    DATE: July 1, 1999

COMPLETED SERVICE AT GEISINGER – DATE:  Dismissed 1/15/02
FORWARDING ADDRESS: 1983 Walker Avenue Union, NJ  07083

FUTURE PLANS:  Reisdency in Obstetrics/Gynecology at Union, NJ

*She did not complete training. She left during a dismissal process due to failure to comply and persistent strife. Famy/ 10/5/201 (4)*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

EEOC Form 5A (August 2023)

For Official Use Only - Charge Number
530-2024-05536

| | |
|---|---|
| **Personal Information** | First Name: Emmanuella    MI: ____    Last Name: Cherisme<br>Address: 1835 Dawn Lane    Apt.: ____<br>City: Chambersburg    County: Franklin    State: PA    Zip Code: 17202<br>Phone: 6107879367    Home ☐ Work ☐ Cell ☑    Email: cherismemd@yahoo.com |
| **Who do you think discriminated against you?** | Employer ☑    Union ☐    Employment Agency ☐    Other Organization ☑<br>Organization Name: PennState-Geisinger I State Board of Medicine<br>Address: 100 N Academy Ave I 2525 N 7th St    Suite: ____<br>City: Danville I Harrisburg    State: PA    Zip Code: 17822 I 17110    Phone: (717)783-1400 |
| **Why you think you were discriminated against?** | Race ☑    Color ☑    Religion ☑    Sex ☑    National Origin ☑    Age ☑    Pregnancy ☐<br><br>Disability ☐    Genetic Information ☐    Retaliation ☑    Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | November 28, 2023<br>Date of <u>most recent job action</u> you think was discriminatory: _____<br>Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).<br>Discriminatory actions against me: In April 2019, the PA Board of Medicine caused me to loose gainful employment, board certification, and DEA license when it revoked my medical license. I took it to court and got it back but on a probationary status. I have not been able to obtain gainful employment since April 2019. When I finally found out the limits of the probationary status, it was supposed to be for three years (April 2017-April 2020) but the PA Board of Medicine continued my probationary status to present. In fact, in 2021, the PA Board of Medicine did a backdoor action without my knowledge and made their actions permanent. I was not notified of such actions until November 2023. I want to be made whole. I lost at a minimum of $250,000 per year, lost of board certification, and DEA. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>Signature: _Emmanuella Cherisme MD_    Date: 09/06/3034 |

Scanned with  CamScanner

Page 1 of 11 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures



## United States Department of Education
## Office for Civil Rights

### DISCRIMINATION COMPLAINT FORM

**You do not have to use this form to file a complaint with the U.S. Department of Education's Office for Civil Rights (OCR). You may send OCR a letter or email instead of this form, but the letter or email must include the information in items 1-15 of this form. If you decide to use this form, please type or print all information and use additional pages if more space is needed. An online, fillable version of this form, which can be submitted electronically, can be found at:**
**http://www.ed.gov/about/offices/list/ocr/complaintintro.html.**

Before completing this form, please read all information contained in the enclosed packet including: Information About OCR's Complaint Resolution Procedures, Notice of Uses of Personal Information and the Consent Form.

If you have questions about civil rights or how to file a complaint, you may contact OCR at 800-421-3481, 800-877-8339 (TTY), OCR@ed.gov, or by calling the enforcement office that serves your state or territory. Contact information for enforcement offices can be found at: https://ocrcas.ed.gov/contact-ocr.

If you have difficulty understanding English, you may, free of charge, request language assistance services for this Department information by calling 1-800- USA-LEARN (1- 800-872-5327) (TTY: 1-800-877-8339), or email us at: Ed.Language.Assistance@ed.gov. If you are a person with a disability, you may request disability-related assistance by contacting OCR at 800-421-3481, 800-877-8339 (TTY), OCR@ed.gov, or by calling the enforcement office that serves your state or territory. Contact information for enforcement offices can be found at: https://ocrcas.ed.gov/contact-ocr. To request this document in an alternate format such as Braille or large print please contact the Department at 202-260-0852 or om_eeos@ed.gov.

*Our mission is to ensure equal access to education and to promote educational excellence nationwide through the enforcement of civil rights.*

Page 2 of 11 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

1.      Name of person filing this complaint:

Last Name: Cherisme-Theophile      First Name: Emmanuella      Address:

1835 Dawn Lane

City: Chambersburg      State: PA      Zip Code: 17202

Primary number: (610) 787-9367      Alternate number:

Email Address: cherismemd@yahoo.com

2.      Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent, guardian, or other authorized legal representative is required.

Last Name:_____ First Name: _____ Address:

_____

City:_____ State:_____ Zip Code:_____

Primary Phone:_____ Alternative Phone:_____

Email Address: _____

3.      OCR investigates discrimination complaints against schools, colleges and universities, institutions, and agencies which receive funds or other forms of financial assistance from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

Name of Institution: Pennsylvania State Board of Medicine

Address: Penn Center Harrisburg LP, 2525 N 7th St

City: Harrisburg      State: PA      Zip Code: 17110

Department/School: Physician and Surgeon (MD)

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, or age. The regulations also ban retaliation against persons who assert the right to be free from discrimination. Please note the following:

- Discrimination based on race, color, and national origin includes failure to provide meaningful access to English learners and limited English proficient parents and guardians, as well as discrimination based on shared ancestry or ethnic characteristics or based on citizenship in a country with a dominant religion.

*Our mission is to ensure equal access to education and to promote educational excellence nationwide through the enforcement of civil rights.*

Page 3 of 11 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

Discrimination based on race, color, and national origin also includes discrimination, including harassment, because you and/or another individual are, for example, Jewish, Muslim, Arab, Hindu, or Sikh; or based on other ethnic and religious characteristics. For example, individuals who have been subjected to ethnic slurs (such as antisemitic or anti-Muslim harassment); harassed for how they look, dress, or speak in ways related to their ethnic background (such as skin color, religious attire, or language spoken); or stereotyped based on their perceived ethnic characteristics.

- Discrimination based on sex includes discrimination based on sex stereotypes, pregnancy or related conditions, sexual orientation, and gender identity, as well as rules about parental, family, or marital status that treat people differently based on sex.

- Discrimination based on disability includes discrimination against individuals who have a physical or mental impairment that substantially limits a major life activity, as well as individuals who have a record of or are regarded as having a disability.

- Discrimination based on age does not limit protection against discrimination to a certain age group (e.g., people over 40); however, there are a variety of exceptions to the relevant Federal law that may permit age to be taken into account.

- Retaliation refers to actions taken for the purpose of interfering with any rights under the laws enforced by OCR, or because you made a complaint, testified, or participated in any manner in an OCR proceeding.

Please indicate the basis of your complaint:

☒ Discrimination **based on race (specify)**

I am a 51 year old black Haitian woman physician.

☒ Discrimination **based on color (specify)**

I am a 51 year old black Haitian woman physician.

☒ Discrimination **based on national origin (specify)**

I am a 51 year old black Haitian woman physician.

Page 4 of 11 – U.S. Department of Education, Office for Civil Rights  Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

[XXX] Discrimination **based on sex (specify)**
I am a 51 year old black Haitian woman physician.

[ ] Discrimination **based on disability (specify)**

[■] Discrimination **based on age (specify)**
I am a 51 year old black Haitian woman physician.

[■] **Retaliation because you filed a complaint or otherwise asserted rights**

**under laws enforced by OCR (specify)**
In April 2019, Pennsylvania State Board of Medicine attempted to revoke my medical license.  I took them to court and got my license, but in probationary status.  My license should have been active April 2021, but Pennsylvania State Board of Medicine refused to reactivate it.

[ ] **Violation of the Boy Scouts of America Equal Access Act (specify)**

*Our mission is to ensure equal access to education and to promote educational excellence nationwide through the enforcement of civil rights.*

Page 5 of 11 – U.S. Department of Education, Office for Civil Rights  Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the date(s) the discriminatory act occurred, the name(s) of each person(s) involved and, why you believe the discrimination was because of race, disability, age, sex, etc. Also please provide the names of any person(s) who was present and witnessed the act(s) of discrimination.

PennState-Geisinger discriminated against after multiple episodes of sexual harassments creating a hostile work environment.  I was able to leave the program in February 2002, but Geisinger provided false information against me to New York in 2010 plus causing my NY medical license to revoke.  As a result, Pennsylvania State Board of Medicine attempted to revoke my medical license.  They are now making it permanent due to discrimination.

6.      Do you have documents or written information that you think will help us to understand your complaint?
         □ No
         ☒ Yes

         If yes, please describe the documents or written information you have.

         I have licenses, letters, and other documents and written information that I think will help with my complaint.

         **If OCR investigates your complaint, we may ask you to provide us the items you describe above**.

7.      What is the most **recent date** you were discriminated against?
         November 28, 2023
**Date:**_____

8.      If this date is **more than 180 days ago,** you may request a waiver of the filing requirement.

         ☐      I am requesting a waiver of the 180-day time frame for filing this complaint.

         Please explain why did not file your complaint within 180 days.

*Our mission is to ensure equal access to education and to promote educational excellence nationwide through the enforcement of civil rights.*

Page 6 of 11 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

9.    Have you complained about the allegations that you raise in this complaint to your school, institution, or another organization or agency?

⭕ YES    ⦿ NO

If yes, have you complained about the allegations that you raise in this complaint by:

☐ filing an internal complaint or appeal with your school or institution?

☐ participating in your school or institution's grievance procedures?

☐ participating in a due process hearing either at your school or institution, or through another organization or government agency?

If you answered **yes to any of the above questions**, please describe the allegations that you raised in an internal complaint or appeal, through your school or institution's grievance procedures, or in a due process hearing, identify the date you complained about the allegations and where you made the complaint, and tell us the status of the complaint, appeal, grievance procedures, or due process hearing. If possible, please provide us with a copy of your complaint or grievance or appeal or due process request and, if completed, the decision in the matter.

10.    If the allegations contained in this complaint have been filed with any other Federal, state or local civil rights agency, or any Federal or state court, please give details and dates. We will determine whether it is appropriate to investigate your complaint based upon the specific allegations of your complaint and the actions taken by the other agency or court.

**Agency or Court:**_____

**Date Filed:** _____

**Case Number or Reference:** _____

**Results of Investigation/Findings by Agency or Court:**

Page 7 of 11 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

11.  You do not need to have a lawyer to file a complaint with OCR; however, if you do have a lawyer, OCR staff are required to communicate directly with your lawyer. If you have a lawyer representing you in this matter, please provide the lawyer's contact information.

**Last Name:**_____ **First Name:**_____

**Telephone:** _____ **Email:**_____

12.  If we cannot reach you at your home or work, we would like to have the name and telephone number of another person (relative or friend) who knows where and when we can reach you.  This information **is not required,** but it will be helpful to us.

Cherisme                                      Herman
**Last Name:**_____ **First Name:**_____
(732) 406-4126                    hermancherisme@ymail.com
**Telephone:** _____ **Email:**_____

13.  **Option to Participate in OCR's Early Mediation Process**

OCR provides an early mediation process as an opportunity for you and the recipient institution to voluntarily resolve your complaint soon after you file it with OCR.

Mediation is a form of complaint resolution that OCR offers as an alternative to its investigative process.  Mediation is an informal process in which a staff member from OCR who is trained in mediation assists the parties to reach a negotiated resolution of the complaint.  The mediator does not decide who is right or wrong and does not have the authority to impose a settlement on the parties.  Instead, the mediator helps the parties to find a mutually acceptable resolution to your complaint.  Mediation is a strictly voluntary process.  If either party does not want to participate in mediation, OCR will address the complaint through its regular processes.

*If you are interested in participating in the early mediation process, you must check the box below.*  If you indicate your interest in early mediation by checking the box below **and** OCR determines that your complaint is appropriate for this process, OCR will contact you and the recipient institution and offer this resolution option.  If the recipient agrees to participate in early mediation, OCR will work with you and the recipient to achieve a mutually agreeable resolution of your complaint.  If the recipient does not wish to participate in early mediation, OCR will proceed with its regular processing of your complaint.  *If you do not indicate your interest in early mediation by checking the box below, early mediation will not be offered to you and OCR will proceed with its regular processing of your complaint.*

*I am interested in participating in early mediation  (Please check box)*:          ☑

**NOTE**: *You **MUST** submit a signed Consent Form to OCR if you want to participate in early mediation.*

Page 8 of 11 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

14.    What would you like the institution to do as a result of your complaint — what remedy are you seeking?

I am requesting the following remedies:  a fully active PA medical license and to be made whole for years of discrimination and hostility.  Due to wrongful actions by Pennsylvania State Board of Medicine, I lost gainful employments, OBGYN Board certification, DEA, Medicare/ Medicaid, medical practice which totaled to at least $250,000

15.    We cannot accept your complaint if it has not been signed. Please sign and date your complaint below.

03/29/2024

_____                    _____
(Date)                              (Signature)


_____                    _____
(Date)                              (Signature of person in Item 2)


Please mail or email the completed and signed Discrimination Complaint Form, your signed consent form and copies of any written material or other documents you believe will help OCR understand your complaint to the OCR Enforcement Office responsible for the state where the institution or entity about which you are complaining is located. You can locate the mailing information for the correct enforcement office on OCR's website at https://ocrcas.ed.gov/contact-ocr.

*Our mission is to ensure equal access to education and to promote educational excellence nationwide through the enforcement of civil rights.*

**CONSENT FORM - FOR DISCLOSING NAME AND OTHER PERSONAL INFORMATION CONTAINED IN THE DISCRIMINATION COMPLAINT FORM TO OTHERS**

(Please print or type except for signature line)

Emmanuella Cherisme-Theophile, MD

**Your Name:** _____

**Name of School or Other Institution That You Have Filed This Complaint Against:** _____

Pennsylvania State Board of Medicine

- The purpose of this consent form is for the Office for Civil Rights (OCR) to request your consent to disclose your name and other personal information when OCR decides that doing so will assist in investigating and resolving your complaint.

- For example, to decide whether a school discriminated against a person, OCR often needs to reveal that person's name and other personal information to employees at that school to verify facts or get additional information. When OCR does that, OCR informs the employees that all forms of retaliation against that person and other individuals associated with the person are prohibited. OCR may also reveal the person's name and personal information during interviews with witnesses and consultations with experts.

- If you do not consent to OCR disclosing your name or other personal information, OCR may decide to close your complaint if OCR determines it is necessary to disclose such information in order to determine whether the school discriminated against you.
  **NOTE:** If you file a complaint with OCR, OCR can release certain information about your complaint to the press or general public, including the name of the school or institution; the date your complaint was filed; the type of discrimination included in your complaint; the date your complaint was resolved, dismissed or closed; the basic reasons for OCR's decision; or other related information. Any information OCR releases to the press or general public will not include your name or the name of the person on whose behalf you filed the complaint.
  **NOTE:** OCR requires you to respond to its requests for information. Failure to cooperate with OCR's investigation and resolution activities could result in the closure of your complaint.

## Please sign section A or section B (but not both) and return to OCR:

- If you filed the complaint on behalf of yourself, you should sign this form.
- If you filed the complaint on behalf of another specific person, that other person should sign this form.
  **EXCEPTION:** If the complaint was filed on behalf of a specific person who is younger than 18 years old or a legally incompetent adult, this form must be signed by the parent or legal guardian of that person.
- If you filed the complaint on behalf of a class of people, rather than any specific person, you should sign the form.

A. **I give OCR my consent to disclose my name (and that of my minor child/ward on whose behalf the complaint is filed) and other personal information contained in the Discrimination Complaint Form to others for OCR's investigation of, and enforcement activities related to, the Discrimination Complaint Form.**

03/29/2024

_____     _____
**Signature**                                                    **Date**

**OR**

B. **I do not give OCR my consent to disclose my name (and that of my minor child/ward on whose behalf the complaint is filed) nor other personal information contained in the Discrimination Complaint Form to others for OCR's investigation of, and enforcement activities related to, the Discrimination Complaint Form.** I understand that OCR may have to close my complaint.

_____              _____

**Signature**                                     **Date**


I declare under penalty of perjury that it is true and correct that I am the person named above; and, if the complaint is filed by a parent or legal guardian on behalf of a minor child/individual who has been declared to be incompetent due to physical or mental incapacity or age by a court of competent jurisdiction, that I am that person's parent or legal guardian. This declaration only provides consent for the disclosure of identity of the persons (and other individually identifiable information about them contained in the Discrimination Complaint Form) and does not extend to any of the claims filed in the complaint.


*Updated October 30, 2023*

*Updated July 2022*

## **Excerpt from the Online Interactive Complaint Form**

Race / Color / National Origin / Ethnicity / Shared Ancestry

Discrimination based on national origin includes discrimination based on the country, world region, or place where a person or their ancestors come from; a person's limited English proficiency or English learner status; and a person's actual or perceived shared ancestry or ethnic characteristics, including membership in a religion that may be perceived to exhibit such characteristics (e.g., Hindu, Jewish, Muslim, and Sikh students). For more information about race, color, and national origin discrimination, please visit www.ed.gov/ocr/frontpage/pro-students/race-origin-pr.html.

Sex

Discrimination based on sex includes discrimination based on sex stereotypes, pregnancy or related conditions, sexual orientation, and gender identity. Discrimination based on sex also encompasses rules about parental, family, or marital status that treat people differently based on sex. For more information about sex discrimination, please visit https://www2.ed.gov/policy/rights/guid/ocr/sexoverview.html.

Disability

A person with a disability is defined as any person who (i) has a physical or mental impairment, which substantially limits one or more major life activities, or (ii) has a record of such impairment, or (iii) is regarded as having such an impairment. Whether a person has a disability is determined without considering mitigating measures. For more information about disability discrimination, please visit www.ed.gov/policy/rights/guid/ocr/disability.html.

*Our mission is to ensure equal access to education and to promote educational excellence nationwide through the enforcement of civil rights.*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

801 Market Street, Suite 1000
Philadelphia, PA 19107-3126
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Philadelphia Direct Dial: (267) 589-9700
FAX (215) 440-2606, 2632, 2822 & 2604
Website: www.eeoc.gov

March 5, 2026

Our Reference:          Emmanuella Cherisme v. Geisinger Clinic
                        EEOC Charge No. 530-2026-04408

Dear Dr. Cherisme,

This letter is sent to you in reference to your correspondence and subsequent communication with this office in which you alleged employment discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended, by the above-named Respondent.

In your charge you alleged that you were subjected to discrimination and retaliation due to your race (Black), national origin (Haitian), color, and sex (female) during your employment with Respondent. You further allege that Respondent did not take corrective action. You also allege that in November 2023, you became aware that a previously issued suspension in early years was made permanent without your knowledge.

We have taken into account your allegations and a timeline of events that occurred. While a charge has been filed and the Respondent will be notified of the filing of the charge, the Commission will not investigate this matter further.

This does not certify that Respondent is in compliance with the statutes. While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretations of the available evidence at the time a final decision is made. A Notice of Right to Sue will be issued in your online portal, which will allow you to pursue your claim further in court, should you choose to.

                        Sincerely,

                        Unique Austin
                        Enforcement Supervisor



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Philadelphia District Office**
801 Market St, Suite 1000
Philadelphia, PA 19107
(267) 589-9700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/06/2026

**To:** Dr. Emmanuella Cherisme
1835 Dawn Ln
GUILFORD TWP, PA 17202
Charge No: 530-2026-04408

EEOC    Representative    and    Legal Unit
telephone number:

(267) 589-9707

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 530-2026-04408.

On behalf of the Commission,

Digitally Signed By:Karen McDonough
03/06/2026
Karen McDonough
Deputy Director

Cc:
NA NA
100 N ACADEMY AVE
DANVILLE, PA 17822

Cindy Sheridan
Geisinger Health
100 N Academy Avenue M.C. 40-31
Danville, PA 17822

Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 530-2026-04408 to the District Director at Karen McDonough, 801 Market St Suite 1000, Philadelphia, PA 19107.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 530-2026-04408 to the District Director at Karen McDonough, 801 Market St Suite 1000, Philadelphia, PA 19107.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.